ACCEPTED
04-15-00636-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/8/2015 3:47:40 PM
KEITH HOTTLE
CLERK

NO. 04-15-00636-CV

\* \* \*

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/8/2015 3:47:40 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

\* \* \*

JOHN E. VOGT and NELDA L. VOGT,

Appellants

V.

DERRA EDWARDS, HUGH L. LAM, JAMES P. SHEE, CHENG-LEIN
C. SHEE, RICARDO VELASQUEZ, SUSAN VELASQUEZ, GARY M.
MAGANARIS, ROBIN K. PANG-MAGANARIS, DENNIS E. GRAUTHLER,
CECELIA G. GRAUTHLER, LEAL URGIN, DRESDEN & GOLDBERG
INVESCO, LLC, MAGANARIS FAMILY TRUST, BOERNE TRUST, and
G2 ASSETS, LLC,

Appellees

\* \* \*

**MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 26.3, appellants John Vogt

and Nelda Vogt file this Motion to Extend Time to File a Notice of Appeal as

follows:

1. This is an appeal from Cause No. 06-150, *John E. Vogt, et al. v. Marin Real Estate Partners, et al.*, in the 216th Judicial District Court of Kendall County, Texas.

2. Appellants' desire to appeal a post-judgment order signed by the trial court on September 3, 2015. The order was not entered by the district clerk until September 9, 2015. Counsel calculated the notice deadline from the district clerk's entry of the order.

3. Appellants filed their Notice of Appeal on October 8, 2015 (along with this motion), 35 days after the trial court signed the order and 29 days after the district court entered the order.

4. This motion is timely under Rule 26.2 and complies with the requirements of Rule 10.5(b).

5. Appellees will not be prejudiced by the short extension.

6. This is the only request for an extension of time regarding Appellants' Notice of Appeal.

**PRAYER**

Appellants John Vogt and Nelda Vogt respectfully request that the Motion to Extend be granted and request any other relief to which they may be entitled.

Respectfully submitted,

STEPHEN B. SCHULTE, P.C.
Main Plaza One
820 Main Street, Suite 100
Kerrville, Texas 78028
Telephone: (830) 258-4222
Facsimile: (830) 715-9292

_____ /s/
Stephen B. Schulte
State Bar No. 17836500
Attorney for John Vogt and Nelda Vogt

## CERTIFICATE OF SERVICE

I certify that on October 8, 2015, a true copy of this Motion has been served on all counsel of record as follows:

Roger Bresnahan          Via E-Serve

_____ /s/
Stephen B. Schulte

3